No. 904. KING ET AL. *v.* ATLANTIC COAST LINE RAIL-
ROAD CO. ET AL. C. A. 5th Cir. Certiorari denied.
*Releford McGriff* for petitioners. *William H. Maness*
for Atlantic Coast Line Railroad Co., and *Richard R.
Lyman* for Grand Lodge Brotherhood Railway Carmen
of America, respondents.

No. 918. EVANSTON CAB CO. ET AL. *v.* CITY OF CHI-
CAGO ET AL. C. A. 7th Cir. Certiorari denied. *Charles
A. Bellows* for petitioners. *John C. Melaniphy, Sydney
R. Drebin* and *Robert J. Collins* for City of Chicago et al.;
and *Howard Ellis* and *Don H. Reuben* for Yellow Cab Co.
et al., respondents.

No. 940. BURLINGTON-ROCK ISLAND RAILROAD CO. *v.*
UNITED STATES. C. A. 5th Cir. Certiorari denied.
*Harry R. Jones, Eldon Martin, Eaton Adams, F. B.
Walker* and *Rice M. Tilley* for petitioner. *Solicitor Gen-
eral Cox, Assistant Attorney General Oberdorfer* and
*Harry Baum* for the United States.

No. 961. AMERICAN TOBACCO CO. *v.* GREEN ET AL.;
and
No. 997. GREEN ET AL. *v.* AMERICAN TOBACCO CO.
C. A. 5th Cir. Certiorari denied. *Edward R. Neaher*
for petitioner in No. 961 and respondent in No. 997.
*Neal Rutledge* and *Lawrence V. Hastings* for respondents
in No. 961 and petitioners in No. 997. Reported below:
325 F. 2d 673.

No. 980. McMANUS *v.* LAKE CENTRAL AIRLINES.
C. A. 2d Cir. Certiorari denied. *James F. McManus,*
petitioner, *pro se. Edward R. Neaher* and *Lino A.
Graglia* for respondent.